Walters vs. Morgan.

A. HOOD; H. MORGAN, for the motion.

WRIGHT & WARREN; C. B. WOOTEN; W. A. HAWKINS, contra.

_____

JEREMIAH WALTERS, plaintiff in error, vs. HENRY MORGAN, defendant in error.

Before Judge STROZIER. Dougherty Superior Court. December Term, 1871.

HINES & HOBBS; Z. P. ODUM, for plaintiff in error.

D. H. POPE; H. MORGAN, for defendant.

When this case was called a motion was made by counsel for defendant in error to dismiss the writ of error, because the bill of exceptions failed to show that it was presented and certified to by the presiding Judge, within thirty days from the adjournment of the Court at which the rulings complained of were made. It did not appear, from the record when the December Term, 1871, of the Superior Court of Dougherty county adjourned. The motion was sustained and the case dismissed.